UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SYED KAMAL,
                Plaintiff,

v.

G E R INDUSTRIES, INC.; GER
ARCHITECTURAL MANUFACTURING
INCORPORATED; ROBERT-GEORGE
REALTY CORP.; GEORGE ROACH; and GER
VIETNAM CO., LTD.,
                Defendants.
--------------------------------------------------------------x

6/17/22

**ORDER**

20 CV 5671 (VB)

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1.      By **July 8, 2022**, counsel for plaintiff shall submit a letter indicating (i) whether the parties consent to proceeding before the assigned Magistrate Judge and (ii) if the parties do consent, whether they consent for all proceedings or solely with respect to dispositive motions.

      2.      If any party anticipates filing a motion for summary judgment, counsel shall file a letter setting forth the basis for the motion in accordance with Paragraph 2.B of Judge Briccetti's individual practices by no later than **July 8, 2022**. A response shall be due from the opposing party on **July 22, 2022**.

      3.      The Court will conduct a pre-motion conference on **August 22, 2022, at 2:30 p.m.**, to proceed in person at the White Plains Courthouse, Room 620.

Dated: June 17, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge