UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SYED KAMAL,
                Plaintiff,

v.

G E R INDUSTRIES, INC.; GER
ARCHITECTURAL MANUFACTURING
INCORPORATED; ROBERT-GEORGE
REALTY CORP.; GEORGE ROACH; and GER
VIETNAM CO., LTD.,
                Defendants.
------------------------------------------------------------x

**ORDER**

20 CV 5671 (VB)

       As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

       1.     By **September 22, 2022**, counsel for plaintiff shall submit a joint letter regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

       2.     Defendants' motion for summary judgment, if any, is due **October 21, 2022**.

       3.     Plaintiff's opposition is due **November 18, 2022**.

       4.     Defendants' reply is due **December 9, 2022**.

Dated: August 22, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge