UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SYED KAMAL,
                      Plaintiff,

v.

G E R INDUSTRIES, INC.; ROBERT-
GEORGE REALTY CORP.; GEORGE
ROACH, Individually; and GER VIETNAM
CO., LTD.,
                      Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 5671 (VB)

     Defendants' motion for summary judgment (Doc. #106) is DENIED.

     A case management conference is scheduled for **July 12, 2023, at 3:00 p.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision.

     The parties shall also be prepared to discuss the setting of a trial date and a schedule for pretrial submissions, as well as what efforts they have made and will make to settle this case. The conference will take place in Courtroom 620 at the White Plains courthouse.

     The Clerk is instructed to terminate the motion. (Doc. #106).

Dated: June 26, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge