UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SYED KAMAL,
                 Plaintiff,

v.

G E R INDUSTRIES, INC.; GER
ARCHITECTURAL MANUFACTURING
INCORPORATED; ROBERT-GEORGE
REALTY CORP.; GEORGE ROACH; AND
GER VIETNAM CO., LTD.,
                 Defendants.
--------------------------------------------------------------x

12/5/23

**ORDER OF DISMISSAL**

20 CV 5671 (VB)

     The Court has been advised that the parties have reached a settlement in principle. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than February 5, 2024. To be clear, any application to restore the action must be filed by February 5, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

     All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot. To be clear, the final pretrial conference scheduled for March 12, 2024, and jury selection and trial scheduled to begin on March 18, 2024, are cancelled.

     The Clerk is instructed to close this case.

Dated: December 5, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge